**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-6665**

—————————

ALVIN BOWENS,

        Plaintiff - Appellant,

    v.

J. VAUS, State Trooper, #9256,

        Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-00637-MSN-LRV)

—————————

Submitted:  October 24, 2023                  Decided:  January 3, 2024

—————————

Before RUSHING and BENJAMIN, Circuit Judges, and FLOYD, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Alvin Bowens, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Bowens appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b) because it was filed beyond the applicable statute of limitations period.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Bowens v. Vaws*, No. 1:23-cv-00637-MSN-LRV (E.D.  Va. June 13, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*